**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Nelson ROGELIO CHAIREZ,
Defendant—Appellant.**

No. 03–30537.

United States Court of Appeals,
Ninth Circuit.

Submitted May 10, 2004.*

Decided May 14, 2004.

Thomas J. Hopkins, AUSA, USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

John C. Perry, Esq., Spokane, WA, for Defendant–Appellant.

Before: CANBY, KOZINSKI, and PAEZ, Circuit Judges.

MEMORANDUM **

Nelson Chairez appeals his 87–month sentence imposed after his guilty plea to distribution of methamphetamine in violation of 21 U.S.C. § 841(a)(1). He contends that the district court erred in denying him a downward adjustment for his role in the offense. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

In his plea agreement, Chairez stipulated that no specific offense characteristics applied to his case and that his final offense level would be 29, with a base

offense level of 34, a 2–level reduction under the safety valve provision, and a 3–level reduction for acceptance of responsibility. Accordingly, he filed a motion for a downward departure, not a downward adjustment, for his role in the offense.

We lack jurisdiction to review the district court's discretionary denial of a downward departure. *See United States v. Campos–Fuerte*, 357 F.3d 956, 961 (9th Cir.2004). Chairez is bound by the terms of his plea agreement and thus cannot argue that he is entitled to a downward adjustment for his role in the offense. *See United States v. Sandoval–Lopez*, 122 F.3d 797, 800 (9th Cir.1997). We therefore affirm the district court's judgment.

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Daniel BINFORD, Defendant—
Appellant.**

No. 03–30489.

United States Court of Appeals,
Ninth Circuit.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted May 10, 2004.*

Decided May 14, 2004.

St. Clair Frederick Winiker, III, Esq., USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Gerald R. Smith, FPDWA—Federal Public Defender's Office (Eastern WA & ID), Spokane, WA, for Defendant–Appellant.

Before: CANBY, KOZINSKI, and PAEZ, Circuit Judges.

MEMORANDUM **

Daniel Binford appeals the sentence imposed following his guilty plea to one count of possession of child pornography, in violation of 18 U.S.C. § 2252A(5)(B).

Binford contends that the district court abused its discretion and erred in denying him a downward departure, which he requested on numerous grounds including diminished capacity, aberrant behavior, extraordinary physical condition and age, post-offense rehabilitation, possibility of harm in prison, and a convergence of factors. We lack jurisdiction to review the decision because the district court considered the factors asserted by Binford and determined in its discretion that Binford's case was not outside the heartland of similar cases. *United States v. Barajas–Avalos,* 359 F.3d 1204, 1217–18 (9th Cir.2004) (holding that this court lacked jurisdiction

to review the district court's refusal to depart downward where the district court considered the factors argued by counsel and determined that the case did not fall outside the heartland).

**DISMISSED.**

**Remon SHIELDS, Plaintiff—Appellant,**

**v.**

**Cheryl PLILER; et al., Defendants—Appellees.**

**No. 03–17066.**

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2004.*

Decided May 14, 2004.

Remon Shields, Represa, CA, pro se.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).